UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KWAME T. SIMMONS, | ) Case No. EDCV 09-2178-SVW(AJW) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| M. SEMINARIO, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: January 14, 2010

_____
Stephen V. Wilson
United States District Judge